# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL P. O'NEIL and NICOLA GRASSO<br><br>Plaintiffs,<br><br>v.<br><br>PETER F. NERONHA, in his Official Capacity as Attorney General of Rhode Island and COLONEL JAMES M. MANNI, in his Official Capacity as the Superintendent of the Rhode Island State Police<br><br>Defendants. | Civil Action No. 1:19-cv-00612-WES-PAS |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION

Defendants' filed the instant Motion for Extension [Docket #16] on the day that the Defendants' Answer to Plaintiffs' Motion for Judgment on the Pleadings was scheduled to be due after the previously filed Motion to Stay was denied. Plaintiffs' Motion for Judgment on the Pleadings was filed on January 31, 2020 [Docket # 13].  Despite the two months that Defendants have had to file opposition papers, Plaintiffs have now reluctantly agreed to yet another extension. Plaintiffs file this response to Defendants' Motion to relay to the Court that the Plaintiffs do not wish to change their reply to Defendants' Opposition currently due on April 17, 2020 nor Defendants' sur-reply currently due on April 24, 2020, and Plaintiffs will oppose any further extensions on this Motion due to the length of time it has currently been outstanding.

Dated: April 3, 2020.

Respectfully submitted,

**MICHAEL P. O'NEIL and NICOLA GRASSO**
By and through their legal counsel,

*/s/ Frank R. Saccoccio*
Frank R. Saccoccio, Esq. #5949
Comerford & Saccoccio
928 Atwood Avenue
Johnston, Rhode Island  02919
(401) 944-1600 * 942-8921 Fax
Frank.CSLawOffice@gmail.com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
*Admitted Pro Hac Vice*

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

      I, Frank R. Saccoccio, counsel of record for Plaintiffs, hereby certify that the foregoing document or pleading has been filed with the Clerk of the United States District Court, District of Rhode Island, via ECF and that all counsel of record has received electronic notice of this filing.

Dated: April 3 2020

                                        */s/ Frank R. Saccoccio*
                                        Frank R. Saccoccio