## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL P. O'NEIL and NICOLA GRASSO,<br><br>Plaintiffs,<br><br>v.<br><br>PETER F. NERONHA, in his Official Capacity as Attorney General of Rhode Island and COLONEL JAMES M. MANNI, in his Official Capacity as the Superintendent of the Rhode Island State Police<br><br>Defendants. | Civil Action No. 1:19-cv-00612-WES-PAS |

### PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY

TO:    Julia C. Wyman, Bar No. 9017
Special Assistant Attorney General
Andrea Shea, Bar No. 9702
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2037/2231
Fax: (401) 222-3016
JWyman@riag.ri.gov
AShea@riag.ri.gov

**NOW COMES** Plaintiffs Michael P. O'Neil and Nicola Grasso, by and through their counsel of record, and submits this Notice of Service of the following discovery documents served on Defendants:

    1) Plaintiffs' First Set of Interrogatories:

    2) Plaintiffs' First Set of Requests for Admissions; and

    3) Plaintiffs' First Set of Requests for Production of Documents.

Dated: November 28, 2020

                            Respectfully submitted,
                            **MICHAEL P. O'NEIL and**
                            **NICOLA GRASSO**
                            By and through their legal counsel,

/s/ Frank R. Saccoccio

Frank R. Saccoccio, Esq. #5949
Comerford & Saccoccio
928 Atwood Avenue
Johnston, Rhode Island 02919
(401) 944-1600 * 942-8921 Fax
Frank.CSLawOffice@gmail.com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
*Admitted Pro Hac Vice*

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

    I, Frank R. Saccoccio, counsel of record for Plaintiffs, hereby certify that the foregoing document or pleading has been filed with the Clerk of the United States District Court, District of Rhode Island, via ECF and that all counsel of record has received electronic notice of this filing.

Dated: November 28, 2020

/s/ Frank R. Saccoccio
Frank R. Saccoccio Esquire