IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL P. O'NEIL and NICOLA GRASSO :<br>    *plaintiffs,* :<br>v. :<br>PETER F. NERONHA, in his Official Capacity as Attorney General of Rhode Island and COLONEL JAMES M. MANNI, in his Official Capacity as the Superintendent of the Rhode Island State Police :<br>    *defendants.* : | Civil Action No. 1:19-cv-612-WES-PAS |

## WITHDRAWAL OF APPEARANCE

Now comes Jon Whitney, Special Assistant Attorney General and hereby withdraws his appearance as counsel for Defendants, Peter F. Neronha, in his Official Capacity as Attorney General of Rhode Island, and Colonel James M. Manni in his Official Capacity as the Superintendent of the Rhode Island State Police, in the above-captioned civil action. Attorney Whitney was admitted *pro hac vice* in this matter.

Respectfully submitted,

DEFENDANTS,

Peter F. Neronha, James M. Manni, in their Official Capacities only

By,

PETER F. NERONHA
ATTORNEY GENERAL


*/s/ Jonathan Whitney*

_____
Jonathan Whitney, Bar No. 10313
Special Assistant Attorney General
150 South Main Street, Providence, RI  02903
Tel: (401) 274-4400 ext. 2238
Fax: (401) 222-2995
jwhitney@riag.ri.gov


**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I e-filed and e-served the within document via the ECF filing system and that a copy is available for viewing and downloading to the attorneys of record on this 14th day of January, 2022.


*/s/  Jonathan Whitney*