UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL P. O'NEIL and NICOLA GRASSO, *Plaintiffs,* v. PETER F. NERONHA, in his Official Capacity as Attorney General of Rhode Island and COLONEL JAMES M. MANNI, in his Official Capacity as The Superintendent of the Rhode Island State Police, *Defendants.* | C.A. No. 1:19-cv-612-WES-PAS |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiffs Michael P. O'Neil and Nicola Grasso ("Plaintiffs") and Peter F. Neronha, in his official capacity as Attorney General of Rhode Island, and James M. Manni, in his official capacity as the superintendent of the Rhode Island State Police ("Defendants") (collectively "the parties"), respectfully jointly request a 30-day extension of the deadlines set forth in Rule 54 of the Federal Rules of Civil Procedure and Rules 54 and 54.1 of the Local Rules of Civil Procedure regarding seeking costs and attorneys' fees. Pursuant to these rules, any motion seeking costs and attorneys' fees must be filed within 14 days of the judgment, which in this case would be by March 29, 2022. The parties jointly request that the Court extend that deadline by 30 days up to and including April 28, 2022. The parties assert that granting the requested extension will promote judicial economy and provide an

opportunity for the parties to potentially reach an agreed-upon resolution regarding these matters without the need for court intervention.

  Wherefore, the parties request that the Court grant the requested extension and extend the deadline for filing any motion for attorneys' fees or costs up to and including April 28, 2022.

Respectfully submitted,

PLAINTIFFS,

By their Counsel:

*/s/ Frank R. Saccoccio*
Frank R. Saccoccio, Esq. #5949
Comerford & Saccoccio
928 Atwood Avenue
Johnston, Rhode Island 02919
(401) 944-1600 * 942-8921 Fax
Frank.CSLawOffice@gmail.com

*s/ Alan Alexander Beck*
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
*Admitted Pro Hac Vice

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

DEFENDANTS,
in their official capacities only


By,

PETER F. NERONHA
ATTORNEY GENERAL


*/s/ Katherine Connolly Sadeck*
Katherine Connolly Sadeck (8637)
Special Assistant Attorney General
150 South Main Street
Providence, RI  02903-2907
Tel:  (401) 274-4400 x 2480
Fax:  (401) 222-2995
ksadeck@riag.ri.gov


## **CERTIFICATION**

I hereby certify that I filed and served all counsel of record with a copy of the within through the ECF filing system on this 17th day of March, 2022, and that it is available for viewing and downloading by counsel of record:

Frank R. Saccoccio, Esq. #5949
Comerford & Saccoccio
928 Atwood Avenue
Johnston, Rhode Island 02919
(401) 944-1600 * 942-8921 Fax
Frank.CSLawOffice@gmail.com

Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

*Admitted Pro Hac Vice

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

*/s/ Katherine Connolly Sadeck*