UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| MICHAEL P. O'NEIL and NICOLA GRASSO, | : : : : | |
| *Plaintiffs,* | : : | |
| v. | : : | C.A. No. 1:19-cv-612-WES-PAS |
| PETER F. NERONHA, in his Official Capacity as Attorney General of Rhode Island and COLONEL JAMES M. MANNI, in his Official Capacity as The Superintendent of the Rhode Island State Police, | : : : : : : : : | |
| *Defendants.* | : : | |

## STIPULATION AND ORDER OF SETTLEMENT

WHEREAS Plaintiffs filed this action pursuant to 42 U.S.C. § 1983 on November 22, 2019 seeking declaratory and injunctive relief under the Second Amendment of the United States Constitution;

WHEREAS on March 15, 2022, the Court granted Plaintiffs' Motion for Summary Judgment and entered judgment in favor of Plaintiffs;

WHEREAS, Plaintiffs now seek fees and costs pursuant to 42 U.S.C. § 1988 for any and all work of any nature performed on this matter at any time;

WHEREAS, the Parties wish to avoid the expense and disruption of litigation on the issue of Plaintiffs' request for attorneys' fees and costs, and are prepared to settle their differences;

NOW, THEREFORE, IT IS HEREBY ORDERED, UPON THE STIPULATION

OF THE PARTIES, through their undersigned attorneys for the respective parties herein, that Plaintiffs' request for attorney's fees and costs pursuant to 42 U.S.C. § 1988 is settled on the following terms and conditions:

1. Defendants shall collectively pay Plaintiffs' attorneys, Frank R. Saccoccio, Esq., Alan Beck, Esq., and Stephen D. Stamboulieh, Esq., costs and attorneys' fees for all services and expenses and all work of any nature performed at any time in connection with this lawsuit, including the negotiation and/or collection of fees and expenses related to this Stipulation and Order of Settlement, in the agreed-upon total amount of $85,000 for all work performed by all Plaintiffs' counsel, paid to Plaintiffs' counsel as follows:

   a. Saccoccio Law Office: $28,103.33
   b. Alan Beck, Esq.: $28,103.34
   c. Stamboulieh Law, PLLC: $28,793.33

2. This Stipulation and Order of Settlement entirely resolves this litigation and this case is dismissed.

ENTERED as the Order of the Court this _____ day of _____, 2022.

By Order,

Enter: _____     _____
       United States District Judge           Clerk

AGREED TO AS TO FORM AND SUBSTANCE:

PLAINTIFFS,

By their Counsel:

*/s/ Frank R. Saccoccio*
Frank R. Saccoccio, Esq. #5949
Comerford & Saccoccio
928 Atwood Avenue
Johnston, Rhode Island 02919
(401) 944-1600 * 942-8921 Fax
Frank.CSLawOffice@gmail.com

*s/ Alan Alexander Beck*
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
*Admitted Pro Hac Vice

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

DEFENDANTS,
in their official capacities only

By,

PETER F. NERONHA
ATTORNEY GENERAL


*/s/ Katherine Connolly Sadeck*
Katherine Connolly Sadeck (8637)
Special Assistant Attorney General
150 South Main Street
Providence, RI  02903-2907
Tel:  (401) 274-4400 x 2480
Fax:  (401) 222-2995
ksadeck@riag.ri.gov

## CERTIFICATION

I hereby certify that I filed and served all counsel of record with a copy of the within through the ECF filing system on this 26th day of April, 2022, and that it is available for viewing and downloading by counsel of record:

Frank R. Saccoccio, Esq. #5949
Comerford & Saccoccio
928 Atwood Avenue
Johnston, Rhode Island 02919
Frank.CSLawOffice@gmail.com

Alan Beck, Esq.
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
*Admitted Pro Hac Vice

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

*/s/ Katherine Connolly Sadeck*